1  BRUCE NYE, SBN 77608
   ADAMS | NYE | BECHT LLP
2  222 Kearny Street, Seventh Floor
   San Francisco, California 94108-4521
3  Telephone: (415) 982-8955
   Facsimile:  (415) 982-2042
4
   Attorneys for Defendant
5  WHIRLPOOL CORPORATION, MAYTAG CORPORATION AND SEARS,
   ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JACKIE JIE YU, XINGCHAO CHUCK YUAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYTAG CORPORATION; WHIRLPOOL CORPORATION; SEARS ROEBUCK AND CO., and DOES 1 through 20, inclusive,<br><br>Defendants. | No.  CV10 4338 EJD<br><br>**STIPULATION AND ORDER FOR MENTAL EXAMINATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 35**<br><br>(Santa Clara County Superior Court No. 110CV178528) |
|---|---|

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel, that Plaintiff Jackie Yu will appear for a mental examination by Dr. Paul S. D. Berg, Ph.D, a licensed clinical psychologist, on July 20, 2011 at the hour of 10:00 a.m., at the doctor's office located at 389 30th Street, 1st Floor, Oakland, CA 94609, Tel: (510) 893-3413 pursuant to Federal Rules of Civil Procedure, Rule 35.

The examination is expected to last approximately six hours, and will consist of an interview by Doctor Berg and administration of standard psychological tests. The tests Dr. Berg presently anticipates administering are the MMPI-2, the MCMI III (the Millon test) and the 16PF test. Dr. Berg may administer additional tests if the need for them is suggested by his interview with Ms.

///

Yu. However, if any such additional tests are administered, they will not add to the length of the examination and will be standardized, accepted psychological tests.

### FILER'S ATTESTATION

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury under the laws of the State of California that the concurrence in the filing of this document has been obtained from its signatories.

DATED: June 7, 2011                ADAM | NYE | BECHT LLP


By_____/s/Bruce Nye_____
Attorneys for Defendants
WHIRLPOOL CORPORATION,
MAYTAG CORPORATION
AND SEARS, ROEBUCK AND CO.

DATED: June 7, 2011                FLYNN, ROSE & PERKINS


By_____/s/Susan D. Pelmulder_____
Attorneys for Plaintiffs
JACKIE JIE YU and
XINGCHAO CHUCK YUAN


### ORDER

The Parties Having Stipulated thereto, IT IS SO ORDERED

DATED: June _8_, 2011

_____
JUDGE OF THE UNITED
STATES DISTRICT COURT

2
STIPULATION AND ORDER FOR MENTAL EXAMINATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 35