BRUCE NYE, SBN 77608
ADAMS | NYE | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendant
WHIRLPOOL CORPORATION, MAYTAG CORPORATION AND SEARS, ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE JIE YU, XINGCHAO CHUCK YUAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYTAG CORPORATION; WHIRLPOOL CORPORATION; SEARS ROEBUCK AND CO., and DOES 1 through 20, inclusive,<br><br>Defendants. | No.  CV10 4338 EJD<br><br>(Santa Clara County Superior Court No. 110CV178528)<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

The parties having resolved this matter, it is hereby stipulated by and between the parties, through their attorneys of record, that this matter may be dismissed with prejudice.

Dated: November 18, 2011

FLYNN, ROSE & PERKINS

By ___/s/ Sue Pelmulder___
Sue Pelmulder
Attorneys for Plaintiffs JACKIE JIE YU, XINGCHAO CHUCK YUAN

Dated: November 18, 2011

ADAMS | NYE | BECHT LLP

By ___/s/ Bruce Nye___
Bruce Nye
Attorneys for Defendants WHIRLPOOL CORPORATION, MAYTAG CORPORATION AND SEARS, ROEBUCK AND CO

1

ORDER

The parties having stipulated thereto, IT IS SO ORDERED. The Clerk shall close this file.

Dated: November 22 , 2011

_____
United States District Court Judge